1  Jeffrey B. Isaacs, Esq., SBN 117104
   Jerome H. Friedberg, Esq., SBN 125663
2  Paige Shen, Esq., SBN 162122
   Robert Gookin, Esq., SBN 251601
3  **ISAACS | FRIEDBERG LLP**
   555 S. Flower Street, Suite 4250
4  Los Angeles, California 90071
   Telephone: (213) 929-5534
5  Facsimile:  (213) 955-5794
   Email:      jisaacs@ifcounsel.com
6              jfriedberg@ifcounsel.com
               pshen@ifcounsel.com
7              rgookin@ifcounsel.com

8  *Attorneys for Plaintiffs STM Atlantic N.V.,*
   *STM Group, Inc., Emil Youssefzadeh and Umar Javed*

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | STM ATLANTIC N.V., et al., | Case No. 2:18-cv-01269-JLS-JCG |
| 12 | Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR JUDICIAL DETERMINATION THAT THE MILBANK MEMO, CHEN MEMO AND RELATED COMMUNICATIONS ARE NOT SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR WORK PRODUCT DOCTRINE** |
| 13 | vs. | |
| 14 | DONG YIN DEVELOPMENT (HOLDINGS) LIMITED, et al., | |
| 15 | | |
| 16 | Defendants. | |
| 17 | | **[FILED UNDER SEAL PER COURT ORDER OF APRIL 2, 2018]** |
| 18 | | [Filed concurrently with Points and Authorities; Declaration of Umar Javed; Declaration of Emil Youssefzadeh; Declaration of Jerome Friedberg; Compendium of Exhibits and Appendices; Request for Judicial Notice; [Proposed] Findings and Order; [Proposed] Order Granting Request for Judicial Notice; and Proof of Service] |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | HEARING |
| 24 | | Judge:   Hon. Josephine L. Staton<br>Date:    May 11, 2018 |
| 25 | | Time:    2:30 p.m.<br>Place:   Courtroom 10A |
| 26 | | Complaint Filed:  Feb. 15, 2018<br>FAC Filed:        Feb. 25, 2018 |
| 27 | | |
| 28 | | |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR JUDICIAL DETERMINATION**

241763.1

**TO THE COURT, ALL PARTIES, NON-PARTIES GLOBAL-IP CAYMAN AND GLOBAL-IP USA, INC., AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 11, 2018, at 2:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Josephine L. Staton, in Courtroom 10A of the Federal District Court for the Central District of California, located at 411 W. Fourth St., Santa Ana, California 92701, Plaintiffs STM Atlantic N.V., STM Group, Inc., Emil Youssefzadeh and Umar Javed (collectively, "Plaintiffs"), by and through their counsel of record, will and hereby do move for a judicial determination that the following documents and matters are not subject to the attorney-client privilege or attorney work product doctrine:

1. A memorandum prepared by Milbank, Tweed, Hadley & McCloy LLP, serving as outside counsel for Global-IP Cayman ("GIP-Cayman") and Global IP USA, Inc. ("GIP-USA") (collectively, "GIP"), addressed to GIP-Cayman, dated April 25, 2017 (the "Milbank Memo"), and the contents of that Memo;

2. A memorandum prepared by GIP's General Counsel, Chris Chen, to Mr. Youssefzadeh, dated June 14, 2017 (the "Chen Memo"), and the contents of that Memo; and

3. All communications related to the subject matters of the Milbank Memo and the Chen Memo, including compliance and/or lack of compliance by GIP-Cayman and GIP-USA with U.S. export control laws relating to satellite and launch technology and data.[1]

---

[1] On October 16, 2017, GIP-USA publicly filed a document in Los Angeles County Superior Court in which it described the subject matter of the Chen Memo as a "legal opinion . . . that the Company was operating in violation of applicable law." Plaintiffs' Request for Judicial Notice, p. 3; Plaintiffs' Compendium of Exhibits and Appendices, Exh. 72.

- 1 -

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR JUDICIAL DETERMINATION**

241763.1

1    This Motion is made on the grounds that the Milbank Memo and Chen Memo (collectively, the "Memos") are not attorney-client privileged writings because their contents were not intended to be kept confidential; they were not maintained as confidential; and GIP-Cayman and GIP-USA waived any privilege that may have attached to them by voluntarily disclosing them and their contents to multiple third parties.  Furthermore, the Memos are not protected under the work product doctrine because they were not prepared in anticipation of litigation or for trial, and any protection under the work product doctrine was waived by their disclosure to multiple third parties.

This Motion is made following the conference between Plaintiffs' counsel and counsel for GIP-Cayman and GIP-USA pursuant to Local Rule 7-3, which took place on March 23, 2018.  Declaration of Jerome Friedberg, ¶ 17.

This Motion is based upon this Notice; the accompanying Memorandum of Points and Authorities; the Declaration of Umar Javed; the Declaration of Emil Youssefzadeh; the Declaration of Jerome Friedberg; Plaintiffs' Request for Judicial Notice; Plaintiffs' Compendium of Exhibits and Appendices; the papers and pleadings on file in this action; and such further argument, evidence and authorities as may be presented at the hearing on this Motion.

DATED:  April 6, 2018            **ISAACS | FRIEDBERG LLP**

*/s/  Jerome H. Friedberg*
  Jerome H. Friedberg, Esq.

*Attorneys for Plaintiffs STM Atlantic N.V., STM Group, Inc., Emil Youssefzadeh and Umar Javed*

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR JUDICIAL DETERMINATION**

241763.1