# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-01269-JLS-JCGx | Date | May 11, 2018 |
| Title | STM Atlantic N.V., et al. V. Dong Yin Development Holdings Limited, et al. | | |

| Present: The Honorable | **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE** |
|---|---|

| Terry Guerrero | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Intervenor(s): |
|---|---|
| Jeffrey Isaacs | Charles Kreindler |
| Jerome Friedberg | Travis Anderson |
| | Jennifer Redmond |

**Proceedings:** Hearing on Plaintiffs' Motion for Judicial Determination [29]

    Matter called. Counsel's oral motion to close these proceedings is granted. The transcript of theses proceedings is placed under seal pending further order of the Court. Hearing held. Oral arguments heard. Motion taken under submission by the Court.

|  | 01 | : | 10 |
|---|---|---|---|
| Initials of Preparer | tg | | |