_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:18-cv-01269-JLS-JCG                              Date: June 11, 2018
Title:  STM Atlantic N.V. et al. v. Dong Yin Development Holdings Limited et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Terry Guerrero   |   N/A   |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DENYING GIP'S EX PARTE APPLICATION (Doc. 57)**

    Before the Court is an Ex Parte Application filed by Interveners Global IP-Cayman and Global IP USA (collectively, "GIP") for a partial stay of the Court's Order on Plaintiffs' Motion for Judicial Determination.  (App. at 2, Doc. 57.)  Plaintiffs opposed.  (Opp., Doc. 58.)

    In the Judicial Determination Order, the Court found that GIP had waived the privilege as to the contents of two Memos, namely, the Milbank Memo and the Chen Memo.  (Judicial Determination Order at 13–17, Doc. 56.)  However, the Court denied Plaintiffs' request for a "subject matter waiver," by which Plaintiffs sought to compel disclosure of all communications that had any relation to the subject matter discussed in the Memos.  (*Id.* at 18–19.)  The Court then ordered all filings unsealed in the instant and related actions.[1]  (*Id.* at 20.)

    GIP now argues that a partial stay is warranted because some of the filings "publicly reveal[] many of GIP's internal compliance communications …."  (App. at 4.)  In support of this argument, GIP identifies only two allegations in the First Amended Complaint that it contends are privileged.  (*Id.* at 4, *citing* ¶¶ 221, 224.)

    However, the Court finds nothing in those paragraphs or otherwise that constitutes a privileged communication.  Paragraph 221 references notice of a board meeting to discuss compliance and paragraph 224 references Plaintiffs' commission of the Chen

---

[1] *Youssefzadeh et al. v. Global IP Cayman et al.*, 18-cv-02522-JLS.

_____

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:18-cv-01269-JLS-JCG                                                    Date: June 11, 2018

Title:  STM Atlantic N.V. et al. v. Dong Yin Development Holdings Limited et al.

Memo following the Milbank Memo.  (*See* FAC ¶¶ 221, 224, Doc. 14.)  Moreover, the documents underlying these and other communications concerning the Memos and/or GIP's internal compliance were filed in redacted form (*see, e.g.,* Ex. 28 at 343, Doc. 29-5; Ex. 54 at 554, Doc. 29-5), so the unsealing of those documents will not reveal any privileged communications.  Therefore, GIP has failed to identify any privileged communications that would be revealed by the unsealing of the documents at issue.

      Accordingly, the Application is DENIED.


                                                                           Initials of Preparer:  tg

_____