Jeffrey B. Isaacs, Esq., SBN 117104
Jerome H. Friedberg, Esq., SBN 125663
Paige Shen, Esq., SBN 162122
Robert Gookin, Esq., SBN 251601
**ISAACS | FRIEDBERG LLP**
555 S. Flower Street, Suite 4250
Los Angeles, California 90071
Telephone: (213) 929-5534
Facsimile:  (213) 955-5794
Email:   *jisaacs@ifcounsel.com*
             *jfriedberg@ifcounsel.com*
             *pshen@ifcounsel.com*
             *rgookin@ifcounsel.com*

*Attorneys for Plaintiffs STM Atlantic N.V.,
STM Group, Inc., Emil Youssefzadeh and Umar Javed*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STM ATLANTIC N.V., a Dutch company; STM GROUP, INC., a Delaware corporation; EMIL YOUSSEFZADEH, an individual; and UMAR JAVED, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DONG YIN DEVELOPMENT (HOLDINGS) LIMITED, a Hong Kong unlimited company; CHINA ORIENT ASSET MANAGEMENT (INTERNATIONAL) HOLDING LIMITED, a Hong Kong limited company; and LUDWIG CHANG, an individual,<br><br>Defendants. | **Case No. 2:18-cv-01269-JLS-JCG**<br><br>**DECLARATION OF JEROME H. FRIEDBERG IN SUPPORT OF MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT**<br><br>[Filed concurrently with: (1) Notice of Motion and Motion for Leave to File [Proposed Second Amended Complaint; and (2) [Proposed] Order]<br><br>Assigned to Hon. Josephine L. Staton<br><br>HEARING<br>Date:          September 7, 2018<br>Time:          2:30 p.m.<br>Place:         Courtroom 10A<br><br>Complaint Filed:   Feb. 15, 2018<br>FAC Filed:         Feb. 25, 2018 |

---

**DECLARATION OF JEROME H. FRIEDBERG IN SUPPORT OF MOTION FOR
LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT**

244930.2

# DECLARATION OF JEROME H. FRIEDBERG

I, Jerome Friedberg, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at Isaacs | Friedberg LLP, counsel of record for plaintiffs STM Atlantic N.V., STM Group, Inc., Emil Youssefzadeh and Umar Javed (collectively, "Plaintiffs") in this action.

2. I make this declaration in support of Plaintiffs' Notice of Motion and Motion for Leave to File [Proposed] Second Amended Complaint ("SAC") in this action. I have personal knowledge of the facts contained in this Declaration, and could and would testify to them if called as a witness in this matter.

**Meet and Confer.**

3. On June 21, 2018, Robert Gookin of my firm and I met and conferred with counsel for defendants Dong Yin Development (Holdings) Limited ("Dong Yin"), China Orient Asset Management (International) Holding Limited ("COAMI"), and Ludwig Chang ("Chang") (collectively, "Defendants") to discuss resolution of the Motion to Amend pursuant to Local Rule 7-3. During the conference, I explained the nature of the proposed amendments, including that, although some of the factual allegations were being changed, no new causes of action were being added against the current Defendants. Defendants indicated that, even though no new causes of action were being asserted against them, they were unable to stipulate to the filing of the SAC without having sufficient time to review the final draft of the proposed SAC and discuss it with their clients. We were still drafting the SAC; however, and could not provide a final draft seven or more days prior to filing this motion, which was the deadline for meeting and conferring pursuant to the Local Rules. As a result, the parties were not able to informally resolve this matter during the meet and confer.

4. On June 25, 2018, I sent defense counsel a draft SAC, but explained that we were still making further revisions to the SAC. On July 5, 2018, I scheduled a telephone conference with counsel for Defendants, which was held later that day.

- 1 -

**DECLARATION OF JEROME H. FRIEDBERG IN SUPPORT OF MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT**

244930.2

1  During the telephone conference, I orally gave defense counsel an update on the status
2  of our draft SAC, identified the additional defendants we intended to name, again
3  confirmed that we were not adding any causes of action as to the existing Defendants
4  and advised defense counsel that we were continuing to draft the SAC.

5       5.   As the proposed SAC is now in final, the parties expect to conduct a
6  further meet and confer after the filing of this Motion, and will promptly notify the
7  Court if all of the current Defendants stipulate that the proposed SAC may be filed as
8  the operative complaint.

**Status of the Litigation.**

     6.   This matter is still in its earliest stages. To date, none of the Defendants have filed an answer or other responsive pleading to either the original Complaint or the First Amended Complaint ("FAC"). Moreover, discovery has not yet commenced, and the Court has not issued a scheduling order or set a trial date. Nor has the Court previously had occasion to rule on or consider the sufficiency of the Complaint or the FAC.

**The [Proposed] Second Amended Complaint.**

     7.   Attached to the Motion as **Exhibit A** is a true and correct copy of the proposed SAC.

//
//
//
//
//
//
//
//
//
//

- 2 -

**DECLARATION OF JEROME H. FRIEDBERG IN SUPPORT OF MOTION FOR
LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT**

244930.2

8. The proposed SAC is not being filed for purposes of delay, or for any improper purpose. In fact, some of the changes to the SAC were made in response to comments made by counsel for defendants COAMI and Chang in the meet and confer I held with them on May 10, 2018 regarding a possible Motion to Dismiss the First Amended Complaint, in an attempt to narrow the issues in dispute.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 9th day of July, 2018, in Los Angeles, California.

_____
JEROME H. FRIEDBERG

- 3 -

**DECLARATION OF JEROME H. FRIEDBERG IN SUPPORT OF MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT**

244930.2