Jeffrey B. Isaacs, Esq., SBN 117104
Jerome H. Friedberg, Esq., SBN 125663
Paige Shen, Esq., SBN 162122
Robert Gookin, Esq., SBN 251601
**ISAACS | FRIEDBERG LLP**
555 S. Flower Street, Suite 4250
Los Angeles, California 90071
Telephone: (213) 929-5534
Facsimile: (213) 955-5794
Email:     jisaacs@ifcounsel.com
           jfriedberg@ifcounsel.com
           pshen@ifcounsel.com
           rgookin@ifcounsel.com

*Attorneys for Plaintiffs STM Atlantic N.V.,*
*STM Group, Inc., Emil Youssefzadeh and Umar Javed*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STM ATLANTIC N.V., et al., | Case No. 2:18-cv-01269-JLS-JCG |
| Plaintiffs, | Assigned to Hon. Josephine L. Staton |
| vs. | ***[CORRECTED]* DECLARATION OF UMAR JAVED IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY AND [PROPOSED] SUR-REPLY IN OPPOSITION TO DEFENDANT MILBANK, TWEED, HADLEY & McCLOY LLP'S MOTION TO DISMISS SECOND AMENDED COMPLAINT BASED ON RECENT DEVELOPMENTS** |
| DONG YIN DEVELOPMENT (HOLDINGS) LIMITED, et al., | |
| Defendants. | |
| | **[Filed concurrently with *Ex Parte* Application; Declaration of Jerome H. Friedberg; and [Proposed] Order]** |
| | HEARING |
| | Date:     Jan 18, 2019 |
| | Time:     10:30 a.m. |
| | Place:     Courtroom 10A |
| | Complaint Filed:     Feb. 15, 2018 |
| | FAC Filed:     Feb. 25, 2018 |
| | SAC Filed:     Aug. 14, 2018 |
| | Trial Date:     None Set |

1

## DECLARATION OF UMAR JAVED

1.     I am a Plaintiff in the above-captioned action. I make this declaration in support of Plaintiffs' *ex parte* application for leave to file a Sur-Reply and Plaintiffs' [Proposed] Sur-Reply in further opposition to defendant Milbank, Tweed, Hadley & McCloy LLP's ("Milbank") Motion to Dismiss the Second Amended Complaint (the "Milbank Motion"). I have personal knowledge of the facts contained in this declaration, and could and would testify to them if called as a witness in this matter.

2.     I am a minority shareholder in Global IP-Cayman ("GIP-Cayman") and continue to closely monitor the company's activities. I am also in regular contact with members of the GIP-Cayman Board of Directors appointed by the Common Shareholders (the "Common Directors"). I have learned the facts stated below in my capacity as a shareholder in GIP-Cayman.

3.     Attached hereto as **Exhibit A** is a true and correct copy of a November 16, 2018 letter by Bahram Pourmand, the Chief Executive Officer of GIP-Cayman, to the directors of GIP-Cayman and to Bronzelink Holdings Limited ("Bronzelink"). This letter describes GIP-Cayman's dire financial situation, stating that Bronzelink owed $7 million to GIP-Cayman, and that "[b]eyond this US$7m, GIP requires US$150m before 26 November 2018 and an additional [US]$50m by the end of December 2018, in order to meet its payment obligations with its vendors." The letter also notes that, "[g]iven that GIP would be in technical and practical insolvency without additional funds, we would be under strict legal requirement to address the dissolution and would need to involve a legal firm and proceed to file for bankruptcy."

4.     On or about December 5, 2018, the Commerce Department's Bureau of Industry and Security revoked the Export License authorizing Boeing Satellite Systems International, Inc. ("Boeing") to export restricted satellite technology to GIP-Cayman. That same day, Boeing cancelled the contract to build and deliver

the satellite to GIP-Cayman.  In light of these developments and the shortage of funds described in **Exhibit A**, GIP-Cayman and Global-IP USA ("GIP-USA") cannot conduct business, have no future business prospects, and are no longer viable entities.  Accordingly, the companies can no longer meet their contractual obligations to Space Exploration Technologies ("SpaceX"), which had been under contract to GIP-Cayman to launch the satellite, and to their other vendors.

5.      One of the Common Directors noticed a meeting of the GIP-Cayman Board of Directors for December 11, 2018 (Hong Kong time) for the purpose of discussing what actions the company should take in light of Mr. Pourmand's November 16, 2018 letter and other recent developments.  All three Common Directors were present for the meeting, but because Bonnie Liu was the only Bronzelink-appointed (Series A) director who attended the meeting, the meeting had to be cancelled for lack of a quorum.  The meeting was rescheduled for December 17, 2018.

6.      All three Common Directors were also present for the December 17, 2018 meeting of GIP-Cayman's Board of Directors.  That meeting was also cancelled for lack of a quorum, however, because the only Bronzelink-appointed directors who attended the meeting were Bonnie Liu and William Wade.

7.      Still another attempt was made to call a meeting of the GIP-Cayman Board of Directors, this time for December 31, 2018.  Once again, all three Common Directors were present for the meeting; however, the meeting had to be cancelled for lack of a quorum as Bonnie Liu and William Wade were the only Bronzelink-appointed directors who attended.

8.      I have learned that GIP-Cayman recently received an inquiry from the U.S. Treasury Department, on behalf of the Committee on Foreign Investment in the United States ("CFIUS"), which is reviewing Bronzelink's June 2016

3

1  investment in GIP-Cayman.  I have also learned that GIP-Cayman has received a

2  similar inquiry concerning this transaction from the Commerce Department.

3       9.    On December 18, 2018, GIP-USA received a litigation hold letter from

4  the Securities and Exchange Commission ("SEC"), placing a hold on the

5  company's documents that relate or refer to Dong Yin Development (Holdings)

6  Limited ("Dong Yin"), China Orient Asset Management Company, Ludwig Chang,

7  Bronzelink and others.  A true and correct copy of that letter is attached hereto as

8  **Exhibit B**.

9       10.   I have learned that Defendant Tony Wong has resigned from the

10  GIP-Cayman Board of Directors, as has Henry Fan.  Attached hereto as **Exhibit C**

11  is a true and correct copy of the Register of Members of GIP-Cayman, showing that

12  Tony Wong resigned on December 10, 2018, and Henry Fan resigned on December

13  7, 2018.  The whereabouts of another Bronzelink-appointed director, Defendant

14  Shiwen Fan, is unknown and he has not attended any of the board meetings noticed

15  in December 2018.  A fourth Bronzelink-appointed director, Hai Ming Zhang, has

16  also failed to attend any of the three board meetings noticed in December 2018.

17       I declare under penalty of perjury under the laws of the United States that the

18  foregoing is true and correct.

19       Executed on January 4, 2019, at Los Angeles, California.

20

21  _____

22               UMAR JAVED

23

24

25

26

27

28

**DECLARATION OF UMAR JAVED ISO *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY AND [PROPOSED] SUR-REPLY IN OPPOSITION TO MILBANK'S MOTION TO DISMISS SAC**

278217.5

# Exhibit A



Global IP

16 November 2018

DELIVERY VIA EMAIL

To:
Bronzelink (charlesyhy@bronzelink.net and ivanc@bronzelink.net)
Mr. Henry Fan (hfanapp@bronzelink.net)
Mr. Shiwen Fan (fan@bronzelink.net)
Ms. Bonnie Liu (sliu@goglobalip.com)
**Mr. William Wade (wwade@goglobalip.com)**
Mr. Tony Wong (wyc.jz@hotmail.com,ywong@goglobalip.com)
Mr. Faramarz Yousefzadeh (faramarz@windmillcap.com)
Mr. Ramin Youssefzadeh (ramin.youssefzadeh@gmail.com)
Mr. Shafigh Youssefzadeh (shafigh.youssefzadeh@gmail.com)
Mr. Hai Ming Zhang (zhanghm@bronzelink.net)

Subject:  Global-IP Cayman ("GIP") Financial Status

Dear Bronzelink, series A preferred shares owner, and GIP Board Members,

As I believe you are all aware, GIP is totally dependent on financing from Bronzelink,
directly or indirectly, at this stage.

As stipulated in the Shareholders Agreement, GIP has already finalized the US$25 million
loan agreement with Bronzelink, of which US$18m has been received and US$7m is
outstanding and overdue.  Beyond this US$7m, GIP requires US$150m before 26
November 2018 and an additional $50m by the end of December, 2018, in order to
meet its payment obligations with its vendors.  Based on the repeated assurances from
Bronzelink, GIP believes that it will be able to discharge its liabilities as they become
due.

However, given that GIP was told multiple times that the release of the US$7m was
imminent but delays ensued, unless we define a definite process to secure these funds
in the immediate future, we will be forced to take the following actions:

1. Inform all of GIP's suppliers and business partners of GIP's inability to meet its
   financial obligations.



Global IP

2. Given that GIP would be in technical and practical insolvency without additional funds, we would be under strict legal requirement to address the dissolution and would need to involve a legal firm and proceed to file for bankruptcy.

3. Management will immediately need to plan for the dismissal of personnel and the winding up of operations. Given the rigid labor laws in California, this will most likely be a very complicated process.

Given all of the above, I urgently request that the GIP board of directors call a meeting. The board will then need to determine and approve the process for the company's way forward.

I cannot overemphasize the urgency and legal requirements associated with the above recommended actions.  Immediate remedial action must be taken or legally I **will** have no choice but to proceed as outlined above.

Sincerely,

Bahram Pourmand
Chief Executive Officer
Global-IP Cayman

Exhibit B



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Miami Regional Office
801 Brickell Avenue, Suite 1800
Miami, FL 33131

**DIVISION OF ENFORCEMENT**

Steven Meiner
Senior Counsel
(305) 982-6336
meiners@sec.gov

December 18, 2018

<u>VIA OVERNIGHT DELIVERY</u>
Bahram Pourmand
Chief Executive Officer
Global IP USA, Inc.
222 N Sepulveda Blvd
Suite 1750
El Segundo, CA 90245

Re: <u>Boeing Co. (MFL-04181)</u>

Dear Mr. Pourmand:

We believe that Global IP USA, Inc. may possess documents and data that are relevant to a matter under investigation being conducted by the staff of the United States Securities and Exchange Commission. Accordingly, we hereby provide notice that such evidence should be reasonably preserved and retained until further notice. Failure to do so could give rise to civil and criminal liability.

The Commission considers potentially relevant documents to include, but are not limited to, those documents relating to Boeing's relationship with Global IP-Cayman and Global IP USA regarding satellite technology, including, but not limited to documents that relate or refer to the following individuals and entities including parents, subsidiaries, affiliates, predecessors, and successors:

- Mark Spiwak
- Boeing Satellite Systems International
- Global-IP Cayman
- Global IP USA, Inc.
- Emil Youssefzadeh
- Umar Javed
- Dong Yin Development (Holdings) Limited
- China Orient Asset Management Company
- Ludwig Chang

- Charles Yiu Hoi Ying
- Bronzelink Holdings Limited
- Geng Zhiyuan
- Bahram Pourmand
- STM Atlantic N.V.
- STM Group, Inc.

Such documents include both "hard copy" versions and electronically-stored information in your possession, custody or control, including text files, data compilations, word processing documents, spreadsheets, e-mail, voicemail, data bases, calendars and scheduling information, logs, file fragments and backup files, letters, instant messages, memoranda, notes, drawings, designs, correspondence or communication of any kind. Evidence that is stored electronically may be maintained on shared network files, computer hard drives, servers, DVDs, CD-ROMs, flash drives, thumb drives, laptops, digital recorders, netbooks, PDAs, smartphones, or other handheld devices.

In this letter, I refer to such documents and data as "Evidence." You have a duty to reasonably preserve and retain such Evidence.

This duty includes an obligation to provide notice to all employees or custodians who may be in possession of Evidence. This duty also extends to the preservation and retention of Evidence in the possession or custody of third-parties, such as an internet service provider or a cloud computing provider, if such Evidence is within your control.

You may need to act affirmatively to prevent the destruction of Evidence. This duty may necessitate quarantining certain Evidence to avoid its destruction or alteration. You should consider whether you need to discontinue the routine destruction of Evidence, including discontinuing the recycling of backup tapes or other storage media, and the deletion of emails, "trash," "recycling," "drafts," "sent," or "archived" folders. You should avoid running or installing any drive cleaning, wiping, encrypting, or defragmenting software on hard disks of computers that may contain Evidence.

You should consider preserving any forensically recoverable data by having mirror image copies made of the Evidence. Having said that, any attempt to replicate electronic data without adhering to best practices for data replication could compromise the integrity or contents of such data. Simply making "hard copies" of such Evidence or transforming it to other formats (such as TIFF, or PDF documents) does not constitute preservation of such Evidence. We are prepared to discuss with you proper protocols for replication before you attempt to copy Evidence. The Commission may be able to retain and supervise computer forensic resources to properly and non-invasively create back-up images of Evidence.

In addition to preserving the Evidence described above, we further request that you take no action to delete or otherwise compromise any content existing on social networking websites such as "Facebook" or "LinkedIn." Moreover, we request that you take no affirmative action to delete any emails, even emails that may not fit within the parameters set forth above.

\*       \*       \*

While we recognize that this may impose a burden on you, it is absolutely necessary that you fully comply with your obligations to reasonably retain and preserve Evidence. We appreciate your efforts in this regard.

If you have any questions or would like to discuss this matter, please call me at (305) 982-6336.

Very truly yours,

Steven J. Meiner
Senior Counsel / Division of Enforcement

cc:     *Via overnight delivery*
        Doug Martin
        General Counsel
        Global IP USA, Inc.
        222 N Sepulveda Blvd
        Suite 1750
        El Segundo, CA 90245

        *Via overnight delivery*
        Nagib Chahine
        CTO & Acting SVP of Sales and Marketing
        Global IP USA, Inc.
        222 N Sepulveda Blvd
        Suite 1750
        El Segundo, CA 90245

# Exhibit C

Register of Members of

## Global-IP Cayman

**Registration No: 277106**

**Share Class: Series A Preferred**

**Authorised Capital of USD 30,000.00 divided into 30,000,000.00 Series A Preferred shares of par value USD 0.001 each**

| Entry No. | Name and Address of Shareholder | Date of Entry | Cert. Nr | Shares Acquired | Issue Price | Amount Paid | Nature of Acquisition | Date Shares Disposed | Shares Disposed | Remarks | Balance Shares | Transaction Details |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Bronzelink Holdings Limited** Unit 903 9/F. Dannies House, 20 Luard Road Hong Kong | 3-Jun-2016 | 1 | 30,000,000.00 | 174,999,999.99 999 | In Full | 3-Jun-2016 : Allotment of 30,000,000.00 Series A Preferred share(s) | | 0.00 | New Issue | 30,000,000.00 | |

**CONFIDENTIAL**
Printed on 2 January 2019

Register of Members of

## Global-IP Cayman

Registration No: 277106

**Summary**

| Name | Number and Class of Shares Held | |
|---|---|---|
| Bronzelink Holdings Limited | 30,000,000.00 | Series A Preferred |
| | | |
| Total Series A Preferred Shares outstanding: 30,000,000.00 | | |
| Total Series A Preferred Shares remaining unissued: 0.00 | | |

**CONFIDENTIAL**
Printed on 2 January 2019

# Register of Members of

## Global-IP Cayman

**Registration No: 277106**

**Share Class: Common**

**Authorised Capital of USD 42,800.00 divided into 42,800,000.00 Common shares of par value USD 0.001 each**

| Entry No. | Name and Address of Shareholder | Date of Entry | Cert. Nr | Shares Acquired | Issue Price | Amount Paid | Nature of Acquisition | Date Shares Disposed | Shares Disposed | Remarks | Balance Shares | Transaction Details |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | STM Atlantic N.V. c/o Intertrust Bernhardplein 200 1097 JB Amsterdam Netherlands | 1-Jun-2016 | C1 | 5,300,000.00 | 5,300.00 | In Full | 1-Jun-2016 : Allotment of 5,300,000.00 Common share(s) | | 0.00 | Redesignation of Ordinary Shares as Common Shares | 5,300,000.00 | |
| 2 | Steadyspace Limited c/o AMS Trustees Limited See Meadow House Blackburne Highway Road Town Tortola VG 1110 British Virgin Islands | 1-Jun-2016 | C2 | 3,700,000.00 | 3,700.00 | In Full | 1-Jun-2016 : Allotment of 3,700,000.00 Common share(s) | | 0.00 | Redesignation of Ordinary Shares as Common Shares | 3,700,000.00 | |
| 3 | Umar Javed 231 S. Country Hill Road Anaheim CA 92808 USA | 1-Jun-2016 | C3 | 1,000,000.00 | 1,000.00 | In Full | 1-Jun-2016 : Allotment of 1,000,000.00 Common share(s) | | 0.00 | Redesignation of Ordinary Shares as Common Shares | 1,000,000.00 | |

# Register of Members of

## Global-IP Cayman

**Registration No: 277106**

**Summary**

| Name | Number and Class of Shares Held | |
|---|---|---|
| STM Atlantic N.V. | 5,300,000.00 | Common |
| Steadyspace Limited | 3,700,000.00 | Common |
| Umar Javed | 1,000,000.00 | Common |
| Total Common Shares outstanding: 10,000,000.00 | | |
| Total Common Shares remaining unissued: 32,800,000.00 | | |

CONFIDENTIAL
Printed on 2 January 2019

Register of Officers of

## Global-IP Cayman

Registration No: 277106

| Name & Address | Occupation | Office Held | Date of Appointment | Date of Resignation |
|---|---|---|---|---|
| **Campbells Secretaries Limited**<br>Floor 4, Willow House<br>Cricket Square<br>Grand Cayman KY1-9010<br>Cayman Islands | Company | Secretary | 16-Apr-2013 | 21-Nov-2016 |
| **Emil Youssef Zadeh**<br>Salim Group Inc<br>2 Faraday<br>Irvine CA 92618<br>USA | Businessperson | Chairman | 15-Nov-2015 | 21-Jun-2016 |
| **Emil Youssef Zadeh**<br>Salim Group Inc<br>2 Faraday<br>Irvine CA 92618<br>USA | Businessperson | Chief Technical Officer | 15-Nov-2015 | 26-Jun-2017 |
| **Umar Javed**<br>231 S. Country Hill Road<br>Anaheim CA 92808<br>USA | Businessperson | President | 15-Nov-2015 | 26-Jun-2017 |
| **Umar Javed**<br>231 S. Country Hill Road<br>Anaheim CA 92808<br>USA | Businessperson | Chief Operating Officer | 15-Nov-2015 | 26-Jun-2017 |
| **Bahram Pourmand**<br>10610 Alloway Dr.,<br>Potomac MD 20854<br>USA | Businessperson | Chief Executive Officer | 21-Jun-2016 | |
| **Jason Guanhong LUO**<br>5000 Charing Cross Rd.<br>Bloomfield Hills, MI 48304<br>USA | Businessperson | Chairman | 21-Jun-2016 | 2-Jun-2017 |
| **Chris Chen**<br>c/o 222 N Sepulveda, Suite 1750<br>El Segundo California 90245<br>USA | Attorney | General Counsel | 21-Nov-2016 | 26-Jul-2017 |

## Register of Officers of

### Global-IP Cayman

Registration No: 277106

| Name & Address | Occupation | Office Held | Date of Appointment | Date of Resignation |
|---|---|---|---|---|
| **Chris Chen**<br>c/o 222 N Sepulveda, Suite 1750<br>El Segundo California 90245<br>USA | Attorney | Secretary | 21-Nov-2016 | 10-Jul-2017 |
| **Chris Chen**<br>c/o 222 N Sepulveda, Suite 1750<br>El Segundo California 90245<br>USA | Attorney | Senior Vice President | 21-Nov-2016 | 26-Jul-2017 |
| **Yaron Tchwella**<br>c/o 222 N Sepulveda, Suite 1750<br>El Segundo California 90245<br>USA | Businessperson | Senior Vice President - Sales and Marketing | 1-Dec-2016 | 26-Oct-2018 |
| **Wong Yuen Cheung**<br>Rm A, 40/F, Blk 1, Yoho Town<br>8 Yuen Lung Street<br>Yuen Long, NT<br>Hong Kong | Businessperson | Chairman | 19-Jun-2017 | 10-Dec-2018 |
| **Douglas Martin**<br>222 N. Pacific Coast Highway<br>Suite 1750, El Segundo<br>California 90245<br>USA | Businessperson | General Counsel | 11-Oct-2017 | |
| **Nagib Nadim Chahine**<br>222 N. Pacific Coast Highway<br>Suite 1750, El Segundo<br>California 90245<br>USA | Businessperson | Chief Technical Officer | 16-Oct-2017 | |
| **Douglas Martin**<br>222 N. Pacific Coast Highway<br>Suite 1750, El Segundo<br>California 90245<br>USA | Businessperson | Secretary | 19-Dec-2017 | |

**Active Summary**

**CONFIDENTIAL**
Printed on 2 January 2019

# Register of Officers of

## Global-IP Cayman

**Registration No: 277106**

| Name | Office Held | Date of Appointment |
|---|---|---|
| Bahram Pourmand | Chief Executive Officer | 21-Jun-2016 |
| Douglas Martin | General Counsel | 11-Oct-2017 |
| Nagib Nadim Chahine | Chief Technical Officer | 16-Oct-2017 |
| Douglas Martin | Secretary | 19-Dec-2017 |

Register of Directors of

**Global-IP Cayman**

Registration No: 277106

| Name & Address | Occupation | Office Held | Date of Appointment | Date of Resignation |
|---|---|---|---|---|
| **Campbells Directors Limited**<br>Floor 4, Willow House<br>Cricket Square<br>PO Box 268<br>Grand Cayman  KY1-1104<br>Cayman Islands | Company | Director | 16-Apr-2013 | 16-Apr-2013 |
| **Campbells Secretaries Limited**<br>Floor 4, Willow House<br>Cricket Square<br>PO Box 268<br>Grand Cayman  KY1-1104<br>Cayman Islands | Company | Director | 16-Apr-2013 | 16-Apr-2013 |
| **Emil Youssef Zadeh**<br>Salim Group Inc<br>2 Faraday<br>Irvine CA  92618<br>USA | Businessperson | Director | 16-Apr-2013 | 25-Feb-2018 |
| **Bahram Pourmand**<br>10610 Alloway Dr.,<br>Potomac MD 20854<br>USA | Businessperson | Director | 15-Nov-2015 | 11-Jul-2017 |
| **Umar Javed**<br>231 S. Country Hill Road<br>Anaheim CA  92808<br>USA | Businessperson | Director | 15-Nov-2015 | 25-Feb-2018 |
| **Fan, Shiwen**<br>Room 302, Block 10<br>No. 21 Lu Xi Ying<br>Gulou District<br>Nanjing,Jiangsu Province<br>P.R.<br>China | Businessperson | Director | 3-Jun-2016 | |
| **Wong Yuen Cheung**<br>Rm A, 40/F, Blk 1, Yoho Town<br>8 Yuen Lung Street<br>Yuen Long, NT<br>Hong Kong | Businessperson | Director | 3-Jun-2016 | 10-Dec-2018 |

Register of Directors of
**Global-IP Cayman**
Registration No: 277106

| Name & Address | Occupation | Office Held | Date of Appointment | Date of Resignation |
|---|---|---|---|---|
| **Wang, Zheng**<br>Blk 515C Tampines Central 7<br>#15-30<br>523515<br>Singapore | Businessperson | Director | 3-Jun-2016 | 27-Jul-2017 |
| **Zhao, Julian Zhongliang**<br>117 Rolling Hill Drive<br>Morganville<br>New Jersey<br>NJ 07751<br>USA | Businessperson | Director | 3-Jun-2016 | 2-Jun-2017 |
| **Jason Guanhong LUO**<br>5000 Charing Cross Rd.<br>Bloomfield Hills, MI 48304<br>USA | Businessperson | Director | 3-Jun-2016 | 2-Jun-2017 |
| **Liu Shiyue**<br>34/674 Malvern Road<br>Prahran VIC 3181<br>Australia | Businessperson | Director | 8-Jun-2016 | |
| **Fan Henry**<br>10422 Heathside Way<br>Potomac MD 20854-6344<br>USA | Businessperson | Director | 13-Jun-2017 | 7-Dec-2018 |
| **Zhang, Hai Ming**<br>Flat 2, 33/F, Block H<br>Beverly Hill<br>6 Broadwood Road<br>Hong Kong | Businessperson | Director | 13-Jun-2017 | |
| **Chris Chen**<br>c/o 222 N Sepulveda, Suite 1750<br>El Segundo California 90245<br>USA | Attorney | Director | 11-Jul-2017 | 10-Aug-2017 |
| **William David Wade**<br>4407 East Sawmill Road<br>Park City UT 84098<br>USA | Businessperson | Director | 15-Aug-2017 | |

CONFIDENTIAL<br>Printed on 2 January 2019

Register of Directors of

**Global-IP Cayman**

Registration No: 277106

| Name & Address | Occupation | Office Held | Date of Appointment | Date of Resignation |
|---|---|---|---|---|
| **Shafigh Youssefzadeh**<br>1400 Via Andres<br>Palos Verdes Estates<br>CA 90274-2845<br>USA | Businessperson | Director | 4-Apr-2018 | |
| **Ramin Youssefzadeh**<br>4667 Maplewood Ave Apt 3<br>Los Angeles CA 90004-1854<br>USA | Businessperson | Director | 4-Apr-2018 | |
| **Faramarz Youssefzadeh**<br>4525 Dean Martin Dr. Apt 2900<br>Las Vegas NV 89103-8120<br>USA | Businessperson | Director | 4-Apr-2018 | |

**Active Summary**

| Name | Office Held | Date of Appointment |
|---|---|---|
| Fan, Shiwen | Director | 3-Jun-2016 |
| Liu Shiyue | Director | 8-Jun-2016 |
| Zhang, Hai Ming | Director | 13-Jun-2017 |
| William David Wade | Director | 15-Aug-2017 |
| Shafigh Youssefzadeh | Director | 4-Apr-2018 |
| Ramin Salim Youssefzadeh | Director | 4-Apr-2018 |
| Faramarz Youssefzadeh | Director | 4-Apr-2018 |

CONFIDENTIAL<br>Printed on 2 January 2019

Register of Mortgages and Charges of

## Global-IP Cayman

Registration No: 277106

| Date of Entry | Description and Date of Instrument | Amount Secured | Interest | Description of Property Mortgaged, Charged or Otherwise Encumbered | Name and Address of Mortgagee or Person Entitled to Mortgage, Charge or Other Encumbrance | Date of Discharge | Notes |
|---|---|---|---|---|---|---|---|
| 3-Jun-2016 | Mortgage<br><br>Charge over Accounts dated 3 June 2016 (the "Charge over Accounts") entered into between Global-IP Cayman (the "Company") as chargor and Amore Resources Ltd. (the "Security Agent") as security agent. | All indebtedness, financial liabilities and obligations of Bronzelink Holdings Limited as borrower, in whatsoever nature, whenever granted, incurred or accrued and howsoever evidenced (including principal, interest, fees, reimbursement obligations, penalties, indemnities and legal and other costs and expenses, whether due after acceleration or otherwise) to certain secured parties under the Finance Documents (as defined in the Charge over Accounts). | | All the assets and undertaking of the Company which from time to time are the subject of the security created or expressed to be created in favour of the Security Agent under the Charge over Accounts, comprising a charge by way of fixed charge by the Company over the GIP Offshore Restricted Account (as defined in the Charge over Accounts) and an assignment by way of security by the Company of all its rights and interests under the Other Accounts (as defined in the Charge over Accounts). | Amore Resources Ltd.<br><br>as Security Agent for certain secured parties, acting through its offices at Level I,<br>Palm Grove House,<br>Wickham's Cay 1,<br>Road Town Tortola<br>British Virgin Islands | | |