UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-01269-JLS-JCG | Date | January 18, 2019 |
|---|---|---|---|
| Title | STM Atlantic N.V. et al v. Dong Yin Development Holdings Limited et al. | | |

| Present: The Honorable | **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE** |
|---|---|

| Terry Guerrero | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Jeffrey Isaacs; Robert Gookin; Y. Paige Shen; Jerome Friedberg; Adam Kargman | Alison Plessman; Andrew Gray; Ryan Walsh; Jennifer Williams; Mark Scarsi; Thomas Arena; Charles Kreindler; Michael Todisco |

**Proceedings:** Hearing Re Defendant Milbank, Tweed, Hadley & McCloy LLP's Motion to Dismiss SAC **[92]**; Defendant China Orient Asset Management (International) Holding Limited's Motion to Dismiss the Second Amended Complaint, or in the alternative, to Stay the Action Pending Arbitration; Joinder in Co-Defendants' Motions **[93]**; Defendant Ludwig Chang's Motion to Dismiss the Second Amended Complaint; Joinder in Co-Defendants' Motions to Dismiss and in Dong Yin's Alternative Motion to Stay the Action Pending Arbitration **[94]**; Defendant Dong Yin Development (Holdings) Limited's Motion to Dismiss **[95]**; Defendant Dong Yin Development (Holdings) Limited's Motion to Stay Pending Arbitration **[96]**; Defendants Shiyue Liu and Yuen-Cheung Wong's Motion to Dismiss/Stay **[101]**

Hearing held. Oral arguments heard. All matters taken under submission by the Court.

|  | 00 | : | 30 |
|---|---|---|---|
| Initials of Preparer | tg | | |