FILED

MAY 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STM ATLANTIC N.V., a Dutch company; STM GROUP, INC.; EMIL YOUSSEFZADEH, an individual; UMAR JAVED, an individual,<br><br>      Plaintiffs-Appellees,<br><br> v.<br><br>GLOBAL-IP CAYMAN; GLOBAL IP USA, INC.,<br><br>      Intervenors-Appellants,<br><br> v.<br><br>DONG YIN DEVELOPMENT HOLDINGS LIMITED, a Hong Kong unlimited company; CHINA ORIENT ASSET MANAGEMENT INTERNATIONAL HOLDING LIMITED, a Hong Kong limited company; LUDWIG CHANG, an individual,<br><br>      Defendants. | No. 18-55769<br><br>D.C. No. 2:18-cv-01269-JLS-JCG<br>Central District of California, Los Angeles<br><br>ORDER |

Appellant's motion to voluntarily dismiss the appeal, filed May 20, 2019, is

GRANTED. The copy of this order constitutes the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7