1  Jeffrey B. Isaacs, Esq., SBN 117104
   Jerome H. Friedberg, Esq., SBN 125663
2  Robert Gookin, Esq., SBN 251601
   Paige Shen, Esq., SBN 162122
3  **ISAACS | FRIEDBERG LLP**
   555 S. Flower Street, Suite 4250
4  Los Angeles, California 90071
   Telephone: (213) 929-5534
5  Facsimile:  (213) 955-5794
   Email:  *jisaacs@ifcounsel.com*
6           *jfriedberg@ifcounsel.com*
            *rgookin@ifcounsel.com*
7           *pshen@ifcounsel.com*

8  *Attorneys for Plaintiffs STM Atlantic N.V.,*
   *STM Group, Inc., Emil Youssefzadeh and Umar Javed*
9

10                 **UNITED STATES DISTRICT COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

12 | STM ATLANTIC N.V., et al., | Case No. 2:18-cv-01269-JLS-JCG |
13 | Plaintiffs, | |
14 | vs. | Assigned to Hon. Josephine L. Staton |
15 | DONG YIN DEVELOPMENT (HOLDINGS) LIMITED, et al., | **PLAINTIFFS' STATUS REPORT** |
16 | Defendants. | |
17 | | Complaint Filed:   Feb. 15, 2018 |
18 | | FAC Filed:         Feb. 25, 2018 |
   | | SAC Filed:         Aug. 14, 2018 |
   | | Trial Date:        None Set |

365685.1

1. Pursuant to the Court's February 15, 2019 Order Granting Defendant Dong Yin's Motion to Stay (Dkt. 151), Plaintiffs STM Atlantic N.V., STM Group, Inc., Emil Youssefzadeh and Umar Javed (collectively, "Plaintiffs") submit this Status Report.

2. As the Court is aware, on November 6, 2018, non-party Bronzelink Holdings Limited ("Bronzelink") filed a Notice of Arbitration with the Hong Kong International Arbitration Centre ("HKIAC"), *Bronzelink Holdings, Ltd., v. STM Atlantic N.V., et al.*, HKIAC Case No. A18194 (the "Arbitration"), naming STM Atlantic N.V. ("STM Altantic"), Mr. Youssefzadeh and Mr. Javed as "Respondents," and Global-IP Cayman ("GIP-Cayman") as a "Nominal Respondent." The Arbitration is currently pending.

3. Robert Y.H. Pang, William D. Stone and Robert Whitehead have been selected as the arbitrators.

4. On May 14, 2019, Bronzelink filed its Statement of Claim.

5. On June 28, 2019, STM Atlantic N.V., Mr. Youssefzadeh and Mr. Javed (collectively, "Respondents") filed their Statement of Defence, Counterclaims and Cross-Claims. In it, Respondents asserted various counterclaims against Bronzelink and cross-claims against GIP-Cayman.

6. On July 2, 2019, GIP-Cayman filed its Statement of Defence to Bronzelink's Statement of Claim.

7. Bronzelink is due to file its Reply and Statement of Defence to Respondents' Counterclaims on or before September 9, 2019, and GIP-Cayman is due to file its Statement of Defence to Respondents' Cross-Claims on or before the same date.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -
**PLAINTIFFS' STATUS REPORT**

365685.1

1 | As of the date of this filing, no further dates have been scheduled by the arbitration tribunal.

GIP-Cayman has not yet paid its share of the most recently assessed arbitration fees, which, according to correspondence from the arbitration tribunal, could delay the arbitration proceedings.

Dated: August 19, 2019

Respectfully submitted,

**ISAACS | FRIEDBERG LLP**

By: _____
JEFFREY B. ISAACS, ESQ.
JEROME H. FRIEDBERG, ESQ.
ROBERT GOOKIN, ESQ.
PAIGE SHEN, ESQ.

*Attorneys for Plaintiffs STM Atlantic N.V., STM Group, Inc., Emil Youssefzadeh and Umar Javed*